B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Indiana__

In re __Jacob D Idler__, Case No. __14-71031-BHL-13__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust
_____
Name of Transferee

Wilmington Trust National Association, not in its individual capacity But Solely as Trustee for VM Trust Series 1, a Delaware Statutory Trust
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 0178

Court Claim # (if known): 16-1
Amount of Claim: 114,262.14
Date Claim Filed: 12/12/14

Phone: _____
Last Four Digits of Acct. #: 0178

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 517
Titusville, PA 16354-0517

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves
    Transferee/Transferee's Agent

Date: 6/20/18

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.