**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     JACOB D. IDLER | ) CASE NO.14-71031–AKM-13 |
|     LINDSAY A. IDLER | ) |
|         DEBTOR(S) | ) |

**NOTICE OF PLAN COMPLETION**

The Chapter 13 Trustee certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

If the debtor is eligible for a discharge, the debtor or the debtor attorney is now required to file a Motion for Entry of Chapter 13 Discharge and a Debtor's Certification of Eligibility on the Court's forms. These forms are available on the Bankruptcy Court's website at www.insb.uscourts.gov under "Forms/Local/Chapter 13". (If applicable, the debtor(s) or their attorney must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THE ABOVE PLEADINGS WITHIN 30 DAYS AFTER THE FILING DATE OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE BY THE CLERK WITHOUT A DISCHARGE.**

| | |
|---|---|
| | /s/Robert P. Musgrave |
| June 10, 2019 | Robert P. Musgrave |
| | Chapter 13 Trustee |
| | P.O. Box 972 |
| | Evansville, IN  47706-0972 |
| | Telephone:  (812) 424-3029 |
| | Fax:  (812) 433-3464 |
| | Email address:  chap13@trustee13.com |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail June 10, 2019:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

JACOB D. IDLER
LINDSAY A. IDLER
928 E. LINCOLN AVE.

MT VERNON, IN 47620

WIESNETH LAW OFFICES, P.C.
2901 OHIO BOULEVARD, SUITE 220
PO BOX 3148
TERRE HAUTE, IN 47803-

                                      /s/Robert P. Musgrave
                                      Robert P. Musgrave
                                      Chapter 13 Trustee
                                      P.O. Box 972
                                      Evansville, IN  47706-0972
                                      Telephone:  (812) 424-3029
                                      Fax:  (812) 433-3464
                                      Email address:  chap13@trustee13.com