**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jacob David Idler |
| Debtor 2 (Spouse, if filing) | Lindsay Ann Idler; fka Lindsay Ann Fleener |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case number | 14-71031-AKM-13 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 16-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 1 7 8

**Property address:** 928 E Lincoln Ave
Number        Street

Mount Vernon        IN        47620
City                 State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total.** Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / ___
MM / DD / YYYY

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

| Debtor 1 | Jacob David Idler | Case number (if known) 14-71031-AKM-13 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 07/15/2019

Print: Molly Slutsky Simons
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number    Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email: bankruptcy@sottileandbarile.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

In Re:                                                                Case No. 14-71031-AKM-13

Jacob David Idler
Lindsay Ann Idler                                              Chapter 13
 *fka* Lindsay Ann Fleener

Debtors.                                                            Judge Andrea K. McCord

## CERTIFICATE OF SERVICE

I certify that on July 15, 2019, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    James Raymond Wiesneth, Jr., Debtors' Counsel
    jrw@wiesnethlaw.com

    Robert P. Musgrave, Chapter 13 Trustee
    ecf@chap13evv.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 15, 2019, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jacob David Idler, Debtor
    928 E Lincoln Ave
    Mount Vernon, IN 47620

Lindsay Ann Idler, Debtor
928 E Lincoln Ave
Mount Vernon, IN 47620

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor